No. 04–9427. LOPEZ v. POOLE, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–9432. SANDERS v. WAYNE COUNTY, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–9435. STANDBERRY v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 04–9440. SOSA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9442. CAGLEY v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9448. COHEN v. BAKER, MAYOR OF THE CITY OF SAVANNAH, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9455. ARMSTRONG v. GRIGAS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9457. ALLEN v. MAXWELL-HODGES ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9464. COX v. PAPEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9466. EZZARD v. REWIS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–9469. COOKISH v. ROULEAU ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–9471. BUNCH v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 04–9478. ESTRADA v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9485. RYAN v. CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 8th Cir. Certiorari denied.